B1 (Official Form 1)(4/10)

| United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Chicago Real Estate Partners, LLC** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**DBA Prudential SourceOne Realty; DBA SourceOne Realty** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all)<br>**20-5390247** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**621 S. Plymouth Court, 1st floor**<br>**Chicago, IL**<br>ZIP Code **60605** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Cook** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>**711 S. Dearborn, Suite 900**<br>**Chicago, IL**<br>ZIP Code **60605** | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor (if different from street address above): | **621 S. Plymouth Court, 1st floor**<br>**Chicago, IL 60605** |

**Type of Debtor** (Form of Organization) (Check one box)
- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Tax-Exempt Entity** (Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ■ Chapter 7
- ☐ Chapter 9
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter)*.

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

**Estimated Assets**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

**Estimated Liabilities**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |

B1 (Official Form 1)(4/10) Page 2

| Voluntary Petition *(This page must be completed and filed in every case)* | Name of Debtor(s): **Chicago Real Estate Partners, LLC** |
|---|---|

**All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet)

| Location Where Filed: - None - | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

**Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet)

| Name of Debtor: - None - | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

### Exhibit A

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)

☐ Exhibit A is attached and made a part of this petition.

### Exhibit B
(To be completed if debtor is an individual whose debts are primarily consumer debts.)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).

X_____
Signature of Attorney for Debtor(s)      (Date)

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Chicago Real Estate Partners, LLC** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

X **/s/ Barry A. Chatz**
Signature of Attorney for Debtor(s)

**Barry A. Chatz 06106639**
Printed Name of Attorney for Debtor(s)

**Arnstein & Lehr LLP**
Firm Name

**120 South Riverside Plaza**
**Suite 1200**
**Chicago, IL 60606**

Address

**Email: mgnovick@arnstein.com**
**(312) 876-7100  Fax: (312) 876-0288**
Telephone Number

**December 17, 2010**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ William E. White**
Signature of Authorized Individual

**William E. White**
Printed Name of Authorized Individual

**Member**
Title of Authorized Individual

**December 17, 2010**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

AT&T Internet Service
PO Box 5016
Carol Stream, IL 60197-5016


Bank of America
PO Box 2864
Hartford, CT 06101-8715


Broadview Security
PO Box 660418
Dallas, TX 75266


Business Suppliers, Inc.
13333 S. Cicero Ave.
Crestwood, IL 60445


C Beyond
13474 Collection Circle Drive
Chicago, IL 60693


Call One
123 N. Wacker Drive, Floor 7
Chicago, IL 60606


Cheeryland International, Inc.
2136 Yale Circle
Hoffman Estates, IL 60192


Chicago Agent Publishing
2000 N. Racine
Chicago, IL 60614


Chicago Assoc of Realtors
200 S. Michigan Ave, #400
Chicago, IL 60604


Chicago Journal
141 S. Oak Park Avenue
Chicago, IL 60302


CIT Technology Finance
26000 Cannon Road
Cleveland, OH 44146

```
Comcast
PO Box 3001
Southeastern, PA 19398


Coverall Cleaning
3020 Woodcreek Drive, Ste A
Downers Grove, IL 60515


Daily Southtown
PO Box 87410
Carol Stream, IL 60525


Decisions Inc.
903 Doe Run Road
Sequim, WA 98382


Desitter Flooring
1 N. Kensington
La Grange, IL 60525


DHL Express
PO Box 4723
Houston, TX, TX 77210-4723


Diamond State Insurance
11 E. Adams, suite 800
Chicago, IL 60603


Domico, Nicole
5238 N. Newcastle Ave
Chicago, IL 60656


Federal Unemployment FUTA
Centralized Insolvency Operations
PO Box 21126
Philadelphia, PA 19114


First Impressions Mgmt
327 A, Old McHenry Road
Long Grove, IL 60047-8863


Fischetti, Gina
40W377 Carl Sandberg Road
St. Charles, IL 60175
```

```
Garvey Office Products
7500 N. Caldwell Ave
Niles, IL 60714


GE Capital
PO Box 740423
Atlanta, GA 30374-0423


Gordan Flesch
PO Box 992
Madison, WI 53701-0992


Helen Turke Bowen Trust
79 W. Monroe, suite 1305
Chicago, IL 60603


Hinckley Springs
PO Box 660579
Dallas, TX 75266-0579


Illinois Dept of Employment Sec
Benefit Payment Control Division
PO Box 4385
Chicago, IL 60680


Illinois Dept of Revenue
Bankruptcy Section Level 7-425
100 West Randolph Street
Chicago, IL 60101


Interior Insights Cindy Gambia
11300 W. 193rd St
Mokena, IL 60448


Internal Revenue Service
Centralized Insolvency Operations
PO Box 21126
Philadelphia, PA 19114


Johnson Group
PO Box 5566
Rockford, IL 61125
```

```
Leaf Dahl & Company
6160 N. Cicero Ave
Chicago, IL 60646


Levun, Goodman & Cohen PC
500 N. Skokie Blvd, suite 650
Northbrook, IL 60062


LT Blount, Inc
8100 W 119th St
Palos Park, IL 60464


Main St. Commerce Center
PO Box 2164
Aurora, IL 60507


Marquardt Printing
7530 S. Madison St
Willowbrook, IL 60527


Martin Whalen
18630 S. 81th Ave
Tinley Park, IL 60487


McAdams, Kurt
15425 Cougar Road
Homer Glen, IL 60491


Meyer Signs
667 S. 8th St
W. Dundee, IL 60118


Midwest Suburban Publishing
6971 Paysphere Circle
Chicago, IL 60674


Network Communications Inc
PO Box 402168
Atlanta, GA 30384-2168


New Homes Magazine
363 W. Erie, #300E
Chicago, IL 60654
```

```
Oakley Sign Company
461 N. Third Avenue
Des Plaines, IL 60016


Paetec
PO Box 3177
Cedar Rapids, IA 52406


Per/Com Inc.
11415 S. Harlem Ave
Worth, IL 60482


Pioneer Press
3701 W. Lake Avenue
Glenview, IL 60026


Quill Corporation
PO Box 37600
Philadelphia, PA 19101-0600


Realtor.com
PO Box 4455
Scottsdale, AZ 85261-4455


Realty Tools
2 Beechmere Lane
Hunt Valley, MD 21030


Ricoh
5 Dedrick Place
W. Caldwell, NJ 07006


Romanski, Debbie Ocepek
824 Hillgrove Ave
Western Springs, IL 60558


Shafer Real Estate Group
2000 W. Main, ste E
St. Charles, IL 60174


Smeraldo, Vincent
6226 W. 127th Place
Palos Heights, IL 60463
```

Sofranko, Elizabeth
3159 N. Honore
Chicago, IL 60657


Suburban Life Publishing
1101 W. 31st, Ste 100
Downers Grove, IL 60515


Travelers Ins/Zandy Agency
3340 Dundee Road, unit 2C3
Northbrook, IL 60062


Tribune Interactive
14891 Collections Center Drive
Chicago, IL 60693-0148


Trulia Inc.
208 Utah St, Ste 310
San Francisco, CA 94103


Verizon Wireless
777 Big Timber Road
Elgin, IL 60123


Village of Hinsdale Illinois
19 E. Chicago Ave
Hinsdale, IL 60521


Wallin/Gomez Architects
711 S. Dearborn, unit 606
Chicago, IL 60605


Wells Fargo Leasing
PO Box 6434
Carol Stream, IL 60197


Western Realty Signs
1661 Quincy Ave, unit 163
Naperville, IL 60640


White, William E.
1830 S. Indiana Ave, unit A
Chicago, IL 60616

```
Wilkens, Diane
1796 Stockton Avenue
Des Plaines, IL 60018


Xpress Docs
1000 Forest Park Blvd
Fort Worth, TX 76110
```